## **EXHIBIT A**

| **TRANSFEROR** | **DATE** | **AMOUNT** |
|---|---|---|
| Akorn Operating Company, LLC | 11/30/2022 | $50,000 |
| Akorn Operating Company, LLC | 12/22/2022 | $50,000 |

TOTAL TRANSFERS: $100,000.00